**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01031-LTB-PAC

HALLEY M. THOMAS,

    Plaintiff,

v.

TRINITY AUTOMOTIVE GROUP, INC., d/b/a ST. JOHN NISSAN,

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER comes before the Court, <u>sua sponte</u> for review.  An Order to Show Cause was issued on March 8, 2007 [Doc 2] giving Plaintiff up to and including March 23, 2007 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure.  To date no response has been filed or good cause shown.  It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED:   March 29, 2007